12-14-00232-CR

March 5, 2015

12th Court of Appeals
1517 West Front Street Ste 354
Tyler, Texas 75702

REC'D IN COURT OF APPEALS
12th Court of Appeals District

MAR - 9 2014
elkm

TYLER TEXAS
CATHY S. LUSK, CLERK

RE: Status of Appeal/Cause Number 13CR-184
In The District Court of Houston County, Texas

Dear Clerk,
   My Name is Freddie James Foreman I was Sentenced To 20 years by a Jury For possession of Controlled Substance. This Took place on Aug 6, 2014. I was given an attorney By The Court To Represent me on appeal. This attorney also Represented me During Trial. The Attorney name is Mark Cargill on January 30, 2015 I Fired MR. Cargill I Stated In my Letter To MR. Cargill That He Could Not Represent me on Appeal Because He made errors Before Trial and During Trial. MR. Cargill wrote me Back Feb 5, 2015. Stating He Understand and Would Inform The Court of This matter. On Feb 12, 2015 I Filed A motion with District Clerk motion For A Another Appellate Counsel. I Havn't Heard From The Trial Court Concerning This matter. I would like To Know The Status of my Appeal And Have I been appointed Another Attorney please Let Know And The Status of my Appeal. Thank you.

I'm Also Asking This Court do not make a Ruling In This Case because part of The Reporter's Record Is missing. On Aug 4, 2014 The Appellant Motion was Heard Amended motion To Suppress. The Court Denied This motion. The Appellant must Have The Court Reporter's Record Aug 4, 2014 The Day Before Trial. The Record Is a must For This Appeal. Thank you.

Please Contact me At The Address below Concerning The Above matter. Thank you.

Freddie Foreman #925367
Ellis Unit
1697 Fm 980
Huntsville, Texas 77343

Sincerely,

Freddie Foreman